UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DAUM GLOBAL HOLDINGS CORP.,
                  Petitioner,

-against-

YBRANT DIGITAL LIMITED et al.,,
                  Respondents.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2014

13 CIVIL 3135 (AJN)

**JUDGMENT**

Daum Global Holdings Corp. ("Petitioner" or "Daum") having brought a petition for confirmation of a foreign arbitral award, and the matter having been brought before the Honorable Alison J. Nathan, United States District Judge, and the Court, on February 20, 2014, having issued its Memorandum and Order granting the petition to confirm the Award, and directing the Clerk to enter judgment for Petitioner and against Respondents in the sum of $250,000 and close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 20, 2014, the Court grants the petition to confirm the Award; accordingly, judgment is entered for Petitioner and against Respondents in the sum of $250,000 and the case is closed.

**Dated:** New York, New York
         February 26, 2014

                                                  **RUBY J. KRAJICK**
                                                  Clerk of Court
                         BY:
                                                       Deputy Clerk

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON _____