**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DAUM GLOBAL HOLDINGS CORP.,

                  Petitioner,

    -against-

YBRANT DIGITAL LIMITED, et al.,
                  Respondents.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 05/06/2015

13 **CIVIL** 3135 (AJN)

**JUDGMENT**

      Daum Global Holdings Corp. ("Petitioner" or "Daum") having once again moved to reopen this case and submits a third Petition for confirmation of a foreign arbitral award, and the matter having been brought before the Honorable Alison J. Nathan, United States District Judge, and the Court, on May 5, 2015, having issued its Memorandum & Order (Doc. #40) the Court is granting Petitioner's motion to reopen the case. And because no grounds for refusing to confirm the Final Award have been shown, the Court is granting the Petition to confirm the Final Award; and directing the Clerk of Court to enter judgment for Petitioner and against Respondents as set forth in Paragraph 213 of the Final Award (Dkt. No. 31-1 at pp. 46-47), and to close this case. This resolves Dkt. Nos. 30 and 35, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated May 5, 2015, the Court grants Petitioner's motion to reopen the case. And because no grounds for refusing to confirm the Final Award have been shown, the Court grants the Petition to confirm the Final Award; and judgment is entered for Petitioner and against Respondents as set forth in Paragraph 213 of the Final Award (Dkt. No. 31-1 at pp. 46-47); accordingly, the case is closed.

**Dated:**  New York, New York
May 6, 2015

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**

**BY:**  *K. Mango*

                                               **Deputy Clerk**