# WROBEL MARKHAM SCHATZ KAYE & FOX LLP

PHILIP R. SCHATZ
DAVID C. WROBEL
DANIEL F. MARKHAM
STEVEN I. FOX
LUISA M. KAYE

M. KATHERINE SHERMAN
KRISTIN E. MARLOWE
JENNIFER M. MULLER

ATTORNEYS AT LAW
360 LEXINGTON AVENUE, SUITE 1502
NEW YORK, NY 10017
TELEPHONE: (212) 421-8100   FAX: (212) 421-8170
www.wsfny.com

OF COUNSEL
HOWARD S. SUSSMAN
BRETT JOSHPE
MICHAEL MOONEY

January 27, 2016

*Via ECF*
Hon. Alison J. Nathan, USDJ
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Daum Global Holdings Corp. v. Ybrant Digital Limited et al.,
     SDNY Case No. 13-cv-03135 (AJN)

Dear Judge Nathan:

This letter is written as a result of Petitioner's Request for the appointment of a receiver pursuant to CPLR §5228 that was filed in the above-referenced matter on January 21, 2016.

I write to advise the Court that this firm has had limited contact with Respondents since the entry of Judgment in this matter.  In so far as this matter has been "closed", we believe that our representation has ended and we do not understand that there is any need for us to formally "withdraw" or "be relieved" as counsel  However, if the Court finds sees matters otherwise, or requires a formal withdrawal, we will comply with Your Honor's directions.

We have advised Respondents of Petitioner's filing and of the date by which they must respond.

Respectfully,

David C. Wrobel

cc:  Bo-Yong Park, Esq.
     The Law Office of Bo-Yong Park, P.C.
     632 West 28th Street, 4th Floor
     New York, NY 10001

Ybrant Digital Limited
Ybrant Media Acquisition, Inc.
Lycos, Inc.