

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
(212) 223-1100 TELEPHONE
(212) 223-1102 FACSIMILE

www.rosenpc.com

March 15, 2016

**VIA CM/ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall United States
  Courthouse
40 Foley Square
New York, NY 10007

   Re: *Daum Global Holdings Corp. v. Ybrant Digital Limited, et al.*,
    Case No. 13-cv-3135 (AJN)

Dear Judge Nathan:

  We are bankruptcy counsel to Ybrant Media Acquisition, Inc., one of the respondents in the referenced action.

  We are writing to advise the Court that on March 14, 2016, Ybrant Media Acquisition, Inc. filed a voluntary petition for relief under chapter 11 of title 11, United States Code (the "**Bankruptcy Code**").  The petition was filed in the United States Bankruptcy Court for the Southern District of New York.  The case has been assigned to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and bears case number 16-10597 (SMB).  A copy of the CM/ECF filing receipt evidencing the entry of the order for relief is attached hereto.

  The commencement of Ybrant Media's bankruptcy case, in accordance with section 362(a)(1) of the Bankruptcy Code, operates as a stay, applicable to all entities, of, among other things, the "commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case of this title . . . ."  11 U.S.C. § 362(a)(2).

Honorable Alison J. Nathan
March 15, 2016
Page 2

Consequently, the referenced action now is stayed as against Ybrant Media Acquisition, Inc.

Respectfully,

/s/ Nancy L. Kourland

Nancy L. Kourland

Enclosure

cc: Brian (Bo-Yong) Park, Esq. (via CM/ECF)

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Bankruptcy Case Filing

The following transaction was received from Nancy Lynne Kourland entered on 3/14/2016 at 11:59 PM and filed on 3/14/2016

**Case Name:**      Ybrant Media Acquisition, Inc.
**Case Number:**    16-10597
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Plan due by 7/12/2016, Disclosure Statement due by 7/12/2016, Initial Case Conference due by 4/13/2016, Filed by Nancy Lynne Kourland of Rosen & Associates, P.C. on behalf of Ybrant Media Acquisition, Inc.. (Attachments: # (1) Declaration of Suresh K. Reddy Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York) (Kourland, Nancy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Combine (2).pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/14/2016] [FileNumber=15129619-0]
[826afbbe39b2b9c7de8be1b1361dd617693d2d0166ee2ac8feb2fb5d7f0d880e43c8 af13820ec1fa3cec8382bdf175ed6444c0ed7cb33e2b574b7f199da93f49]]
**Document description:** Declaration of Suresh K. Reddy Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York
**Original filename:** C:\fakepath\SPR Rule 1007 Affidavit_Lycos.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/14/2016] [FileNumber=15129619-1]
[7c772f0f28b2c77d05c426598593b9fce355b31bb822eed5d67c2443fa1cb0fd0d0c beb92c081d781b860b9f4df295e9ba731ba4f3ee139548bcc3fc75679bea]]

**16-10597 Notice will be electronically mailed to:**

Nancy Lynne Kourland on behalf of Debtor Ybrant Media Acquisition, Inc.

nkourland@rosenpc.com

**16-10597 Notice will not be electronically mailed to:**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014