UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Daum Global Holdings Corp.,
                        Petitioner,

        –v–

Ybrant Digital Limited, *et al.*,
                        Respondents.

13-CV-3135 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On February 20, 2014, April 16, 2014, and May 5, 2015, the Court granted three motions to confirm three separate arbitration awards totaling approximately $36 million in the above-captioned case. Dkt. Nos. 18, 19, 28, 29, 40, and 41. After Ybrant Digital Limited and other Ybrant companies (collectively "Respondents") failed to make timely payment of the awards to Petitioner Daum Global Holdings Corp. ("Petitioner"), on October 6, 2015, the Court granted Petitioner's motion for a Turnover Order compelling Ybrant to turn over the stock certificates representing their 56% of shares of Respondent-Garnishee Lycos, Inc. ("Lycos") in order to satisfy the awards. *See* Dkt. No. 55.

      Ybrant did not turn over the certificates, and Petitioner moved the Court for partial enforcement of the Turnover Order by appointing Daum as a receiver of Ybrant's 56% ownership interest in Lycos pursuant to N.Y. C.P.L.R. §§ 5225(c), 5228.

      On May 8, 2018, the Court granted Petitioner's motion and appointed Petitioner as receiver of Respondent-Judgment Debtor Ybrant Media Acquisition, Inc. ("Ybrant Media")'s ownership interest in Respondent-Garnishee Lycos, Inc. ("Lycos"). Dkt. No. 101.

      Since that time, the Court has received no notice that any party is failing to comply with the terms of the receivership or applications for further relief. Accordingly, the Clerk of Court is

respectfully directed to close this docket. The parties may apply to the Court to reopen this matter as appropriate.

SO ORDERED.

Dated: March 21, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge